UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MELINDIA JACKSON,

        Plaintiff,

v.                                  CASE NO. 1:16-CV-461

UNITED STATES DEPARTMENT          HON ROBERT J. JONKER
OF HOUSING AND URBAN
DEVELOPMENT

        Defendant.
_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

        The Court has reviewed Magistrate Judge Green's Report and Recommendation in this matter (ECF No. 18) and Plaintiff's Objections to the Report and Recommendation (ECF No. 19). Under the Federal Rules of Civil Procedure, where, as here, a party has objected to portions of a Report and Recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo reconsideration, he or she finds it justified." 12 WRIGHT, MILLER, & MARCUS, FEDERAL PRACTICE AND PROCEDURE § 3070.2, at 381 (2d ed. 1997). Specifically, the Rules provide that:

> [t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

FED R. CIV. P. 72(b)(3). De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge. *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981).

The Court has reviewed de novo the claims and evidence presented to the Magistrate Judge; the Report and Recommendation itself; and Plaintiff's Objections. After its review, the Court finds that Magistrate Judge Green's Report and Recommendation is factually sound and legally correct.

The Magistrate Judge recommends denying leave for Plaintiff to amend her complaint based on futility, and granting defendant's motion to dismiss Plaintiff's complaint for failure to state a claim under FED. R. CIV. P. 12(b)(6). In her Objections, Plaintiff primarily reiterates and expands arguments she presented in her motion papers. The Report and Recommendation already carefully, thoroughly, and accurately addresses these arguments. Nothing in Plaintiff's Objections changes the fundamental analysis. The Court agrees with the Magistrate Judge's conclusion, for the very reasons the Report and Recommendation delineate.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that:

1.    Plaintiff's request to amend the Complaint is **DENIED.**

2.    Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 12) is **GRANTED.**

This case is **DISMISSED**.

Dated:    September 18, 2017          /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      CHIEF UNITED STATES DISTRICT JUDGE